Derek N. JARVIS, Plaintiff—Appellant,

v.

CONTRACTOR SECURITAS SECURITY, Defendant— Appellee,

and

Montgomery County, Maryland; Isiah Leggett; Montgomery County Sheriff'S Office, Defendants.

No. 12–1242.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Derek N. Jarvis, Appellant Pro Se. Edward Victor Arnold, James A. Rothschild, Anderson, Coe & King, Baltimore, Maryland, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order granting Contractor Securi-

tion as moot in light of the district court's ruling on this motion on April 20, 2012.

272

tas Security's motion to dismiss and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jarvis v. Securitas Sec. Serv. USA, Inc.*, No. 8:11–cv–00654–AW, 2012 WL 527597 (D.Md. Feb. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*